USCA1 Opinion

 

 [NOT FOR PUBLICATION] UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT _________________________ No. 94-1761 MADELEINE O. ROBINSON, Plaintiff, Appellant, v. ROOSEVELT BENTON, ETC., ET AL., Defendants, Appellees. _________________________ APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND [Hon. Raymond J. Pettine, Senior U.S. District Judge] __________________________ _________________________ Before Boudin, Circuit Judge, _____________ Bownes, Senior Circuit Judge, ____________________ and Stahl, Circuit Judge. _____________ _________________________ David J. Barend, with whom Barend, Heartquist & Hurley was _______________ ____________________________ on brief, for appellant. Patricia K. Rocha, with whom Adler, Pollock & Sheehan was on _________________ ________________________ brief, for appellees. _________________________ _______________________ Per Curiam. Having carefully reviewed the record in Per Curiam. __________ this case, along with the arguments contained in the parties' briefs, we are fully persuaded that this appeal presents no substantial question of law or fact. Consequently, we affirm the judgment below for substantially the reasons set forth in the Report and Recommendation of Magistrate Judge Lovegreen dated May 20, 1994 (adopted and approved by the district court on June 24, 1994, following de novo review). __ ____ Affirmed. See 1st Cir. R. 27.1. ________ ___ 2